**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                                    CASE NO. 3:24-mj-1436-MCR

RALPH MORENO, JR.
JUSTICE DEL CARPIO and
JACKSON REVES

_____

**ORDER OF TEMPORARY DETENTION PENDING
HEARING PURSUANT TO BAIL REFORM ACT**

Upon oral joint motion of the Parties to continue the detention hearing,

the Motion is **GRANTED** and it is **ORDERED** that a detention hearing is set

for October 1, 2024 at 11:00 AM before the Honorable Monte C. Richardson in

Courtroom No. 5C, Fifth Floor, **300 North Hogan Street, Jacksonville,**

**Florida.**  The defendants shall be held in custody by the United States

Marshals and produced for the hearing.


Date: September 25, 2024

_____
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE


Copies to:
Counsel of Record
Untied States Marshal Service